KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for EFRAIN JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 1:11-CR-188LJO |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO CONTINUE BAIL REVIEW |
| ) | HEARING |
| EFRAIN JIMENEZ ) | |
| ) | Date: 10-7-11 |
| Defendants. ) | Time: 1:30 p.m.. |
| _____) | Magistrate: Hon. Sheila K. Oberto |

It is hereby stipulated between the parties, Kimberly Sanchez, Assistant United States Attorney, Kelly Babineau, attorney for defendant Efrain Jimenez, that the bail review hearing of October 7, 2011, should be continued to October 14, 2011.  Ms. Lydia Serrano, Pretrial Services Officer assigned to this matter, is not opposed to the continuance.

This continuance is requested because Ms. Babineau, who is located in Sacramento, is in trial and unable to attend Friday's hearing.

-1-

1  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated:  October 6, 2011						Respectfully submitted,

								/s/ Kelly Babineau_____
								KELLY BABINEAU
								Attorney for Efrain Jimenez


								U.S. ATTORNEY'S OFFICE

Dated: October 6, 2011						/s/ Kelly Babineau for           .
								KIMBERLY SANCHEZ
								Assistant US Attorney
								Attorney for Plaintiff

1  KELLY BABINEAU  (CA State Bar #190418)
2  901 H Street, Suite 203
   Sacramento, CA 95814
3  (916) 442-4948
4  kbabineau@klblawoffice.net

5  Attorney for THERESA L. CONSTANCIO

6                 IN THE UNITED STATES DISTRICT COURT
7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  THE UNITED STATES OF AMERICA,  ) No. 10-CR-0141
9                  Plaintiff,      )
                                   ) PROPOSED ORDER
10       v.                         )
                                   )
11 EFRAIN JIMENEZ                   )
12                                 ) Date: 10-6-77
                 Defendants.       ) Time: 1:30 p.m..
13 _____ ) Magistrate: Hon. Sheila K. Oberto

14

15      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that
16 the bail review hearing set for October 7, 2011, at 1:30 p.m. be continued to October 14,
17 2011, at 1:30 p.m.

18

19
   IT IS SO ORDERED.
20
21      Dated:  **October 7, 2011**            **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
22

-3-