KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau, APC
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for EFRAIN JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EFRAIN JIMENEZ<br>　　　　　　　Defendants.<br>_____ | ) No. 1:11-CR-188-LJO<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE JUDGMENT<br>) AND SENTENCING<br>)<br>) Date: 11-4-13<br>) Time: 10:30 a.m..<br>) Judge: Hon. Lawrence J. O'Neil |

It is hereby stipulated between the parties, Kimberly Sanchez, Assistant United States Attorney, Kelly Babineau, attorney for defendant Efrain Jimenez,  that the judgment and sentencing hearing scheduled for October 15, 2013, should be continued to November 4, 201 at 10:30 a.m..  Probation Officer Brian Bedrosian is not opposed to the continuance.

This continuance is requested because Ms. Babineau received the pretrial sentence report on Monday, September 16, 2013.  Due to other scheduling conflicts, Ms. Babineau will not be able to visit with Mr. Jimenez in Fresno to discuss the draft and file the informal objections in a timely fashion.  A continuance to November 4, 2013, will allow the defense an opportunity to discuss the PSR and file the necessary objections.

-1-

Two other defendants from this case are scheduled for sentencing on November 4, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated:  September 17, 2013                                    Respectfully submitted,

                                                              /s/ Kelly Babineau
                                                              KELLY BABINEAU
                                                              Attorney for Efrain Jimenez


                                                              U.S. ATTORNEY'S OFFICE

Dated: September 17, 2013                                     /s/ Kelly Babineau for            .
                                                              KIMBERLY SANCHEZ
                                                              Assistant US Attorney
                                                              Attorney for Plaintiff

KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 203
Sacramento, CA 95814
(916) 442-4948
kbabineau@klblawoffice.net

Attorney for THERESA L. CONSTANCIO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 1:11-CR-188-LJO
           Plaintiff,   )
    ) ORDER
  v.   )
    )
EFRAIN JIMENEZ   )
    ) Date: 11/4/13
           Defendants.   ) Time: 10:30 p.m..
_____) Magistrate: Hon. Lawrence J. O'Neil

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the judgment and sentencing hearing currently scheduled for October 15, 2013 at 10:30 a.m. be continued to November 4, 2013, at 10:30 a.m.

IT IS SO ORDERED.

    Dated:   **September 17, 2013**          /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE